# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN 29  P 1:06

CLERK *L. LaVictoire*
SO. DIST. OF GA.

| | |
|---|---|
| William Griffin, et al. | Case No. CV506-75 |
| Plaintiff | |
| v. | Appearing on behalf of |
| Pfizer, Inc. | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 29th day of January, 2007.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

**NAME OF PETITIONER:** Roger J. Dodd

Business Address: Roger J. Dodd Lawyers PC
Firm/Business Name

613 N. Patterson Street
Street Address

_____ Valdosta, Ga  31601
Street Address (con't)    City    State   Zip

Post Office Box 1066
Mailing Address (if other than street address)

_____ Valdosta, Ga  31606
Address Line 2    City, State, Zip

(229) 242-4470                    224300
Telephone Number (w/ area code)   Georgia Bar Number